UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MOSES CALDWELL

v.                                          C.A. 10-15ML

DONALD WYATT DETENTION
FACILITY, et al

ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated May 11, 2010 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to proceed in forma pauperis is denied and the Complaint is dismissed pursuant to 28 U.S.C. § 1915(a)(2).

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
June 29, 2010